IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| CHRISTINA N[1], | : | Case No. 1:20-cv-1021 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 11)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman (Doc. 16), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, this case is **DISMISSED** based upon Plaintiff's failure to file a timely Statement of Errors and failure to prosecute her case, as expressly required under Local Rule 8.1 and as reiterated in Magistrate Judge Bowman's Order on June 6, 2021. Thus, this case is **TERMINATED** from the Court's docket.

---

[1] Due to the Committee on Court Administration and Case Management of the Judicial Conference of the United States' recommendation that federal courts only refer to claimants by their first names and last initials due to privacy concerns, "any opinion, order, judgment or other disposition in social security cases in the Southern District of Ohio shall refer to claimants only by their first names and last initials." *See* General Order 22-01.

IT IS SO ORDERED.

                                                  UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND